27642
JJ

| Prob22<br>(Rev 3/98) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Tran. Court)<br>2:05CR20010-001 |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) |

CR09 1083 MH

FILED
09 NOV 10 AM 10:05

| NAME AND ADDRESS OF PROBATIONER/<br>SUPERVISED RELEASEE | DISTRICT<br>Western District of Tennessee | DIVISION<br>Memphis |
|---|---|---|
| Albert K. Lee<br>San Francisco, CA | NAME OF SENTENCING JUDGE<br>Honorable J Daniel Breen | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM<br>07/17/2009 | TO<br>07/16/2019 |

OFFENSE

Attempt to Persuade, Induce, Entice and Coerce a Minor to Travel in Interstate Commerce to Engage in Sexual Acts 18 U.S.C. § 2422(a).

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE(MEMPHIS)

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of California(San Francisco) upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9/14/09
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA(SAN FRANCISCO)

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/29/09
Date

SUSAN ILLSTON  United States District Judge